| | |
|---|---|
| 1 | LARY ALAN RAPPAPORT, SBN 087614 |
|   | lrappaport@proskauer.com |
| 2 | RONALD A. VALENZUELA, SBN 210025 |
|   | rvalenzuela@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
|   | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, California 90067 |
|   | Telephone:   (310) 557-2900 |
| 5 | Facsimile:    (310) 557-2193 |

Attorneys for Defendant ALLSAINTS USA LIMITED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA VAROZ, on behalf of herself and all others similarly situated, | Case No. 3:16-cv-02597-MMA-AGS |
| Plaintiff, | **SECOND JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| ALLSAINTS USA LIMITED, a foreign business corporation, doing business in California as ALLSAINTS SPITALFIELDS USA RETAIL LTD, and DOES 1 through 50 inclusive, | Hon. Michael M. Anello COURTROOM  3A |
| | Action Filed: September 19, 2016 Action Removed: October 19, 2016 |
| Defendants. | |

WHEREAS, on September 19, 2016, Miranda Varoz ("Plaintiff") filed her Complaint against Defendant AllSaints USA Limited ("AllSaints") in the Superior Court of California, County of San Diego, Case Number 37-2016-00032584-CU-MC-CTL;

WHEREAS, on September 23, 2016, AllSaints was served with a summons and copy of the Complaint, thereby establishing Monday, October 24, 2016, as AllSaints' deadline to answer, move or otherwise respond to the Complaint;

WHEREAS, on October 19, 2016, Defendant filed a Notice of Removal in the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1441 and 1446, asserting federal question jurisdiction under 28 U.S.C. § 1331 and jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332(d), 1453, 1711 – 1715;

WHEREAS, Plaintiff and AllSaints agreed to a 30-day extension of AllSaints' deadline to answer, move or otherwise respond to the Complaint and jointly moved for an order of the Court extending AllSaints' deadline [Dkt. No. 4], which the Court granted on October 25, 2016 [Dkt. No. 5], setting November 28, 2016 as AllSaints' deadline to answer, move or otherwise respond to the Complaint;

WHEREAS, on November 3, 2016, AllSaints filed a Notice of Related Cases [Dkt. No. 8], which contends that this action is related, as provided under Civil Local Rule 40.1(f) and (g), to the putative class action currently pending against AllSaints in the United States District Court for the Northern District of Illinois, Eastern Division, titled *Barbara Mocek v. AllSaints USA Limited,* Case No. 16-cv-8484 (the "*Mocek* Action");

WHEREAS, AllSaints has moved, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint filed in the *Mocek* Action on grounds which AllSaints contends may support dismissal of this action, and a decision on that motion is anticipated on November 30, 2016, or sometime thereafter;

WHEREAS, Plaintiff and AllSaints agree that it may benefit both parties to await the decision on AllSaints' motion to dismiss pending in the *Mocek* Action before committing party, and perhaps judicial, resources to AllSaints' answer or response to Plaintiff's complaint in this matter; and

WHEREAS, AllSaints requested from Plaintiff, and Plaintiff agreed to, a brief 30-day extension of AllSaints' deadline to answer, move or otherwise respond to the Complaint to accommodate the anticipated ruling on AllSaints' motion to dismiss that is pending in the *Mocek* Action.

1

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the parties hereto, through their undersigned counsel, that AllSaints' deadline to answer, move or otherwise respond to the Complaint is extended until December 28, 2016. The parties hereto further agree that this joint motion shall not be construed as a waiver of AllSaints' venue, jurisdictional, or other challenges to the Complaint, or an admission of any of the allegations or legal theories asserted in it or any liability whatsoever to Plaintiff or the class she purports to represent.

DATED: November 17, 2016          CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP


By:       s/ Todd D. Carpenter
          Todd D. Carpenter
Attorneys for Plaintiff Miranda Varoz
Email: tcarpenter@carlsonlynch.com

DATED: November 17, 2016          PROSKAUER ROSE LLP


By:       s/ Ronald A. Valenzuela
          Ronald A. Valenzuela

Attorneys for Defendant
AllSaints USA Limited
Email: rvalenzuela@proskauer.com

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd D. Carpenter, counsel for Plaintiff, and that I have obtained Mr. Carpenter's authorization to affix his electronic signature to this document.

DATED: November 17, 2016            PROSKAUER ROSE LLP

By:    s/ Ronald A. Valenzuela
       Ronald A. Valenzuela

Attorneys for Defendant
AllSaints USA Limited
Email: rvalenzuela@proskauer.com