1  LARY ALAN RAPPAPORT, SBN 087614
     lrappaport@proskauer.com
2  RONALD A. VALENZUELA, SBN 210025
     rvalenzuela@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067
   Telephone:   (310) 557-2900
5  Facsimile:    (310) 557-2193

6
7  Attorneys for Defendant ALLSAINTS USA LIMITED

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  MIRANDA VAROZ, on behalf of herself        Case No. 3:16-cv-02597-MMA-AGS
    and all others similarly situated,
12                                             **THIRD JOINT MOTION TO
                                               EXTEND DEFENDANT'S TIME
13                    Plaintiff,               TO RESPOND TO COMPLAINT**

14        vs.

15  ALLSAINTS USA LIMITED, a foreign           Hon. Michael M. Anello
16  business corporation, doing business in    COURTROOM  3A
    California as ALLSAINTS SPITALFIELDS
17  USA RETAIL LTD, and DOES 1 through         Action Filed: September 19, 2016
    50 inclusive,                              Action Removed: October 19, 2016
18                    Defendants.
19

20

21        WHEREAS, on September 19, 2016, Miranda Varoz ("Plaintiff") filed her

22  Complaint against Defendant AllSaints USA Limited ("AllSaints") in the Superior

23  Court of California, County of San Diego, Case Number 37-2016-00032584-CU-

24  MC-CTL;

25        WHEREAS, on October 19, 2016, Defendant filed a Notice of Removal in the

26  United States District Court for the Southern District of California pursuant to 28

27  U.S.C. §§ 1441 and 1446, asserting federal question jurisdiction under 28 U.S.C.

28  § 1331 and jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C.

§§ 1332(d), 1453, 1711 – 1715;

WHEREAS, Plaintiff and AllSaints agreed to a 30-day extension of AllSaints' deadline to answer, move or otherwise respond to the Complaint and jointly moved for an order of the Court extending AllSaints' deadline [Dkt. No. 4], which the Court granted on October 25, 2016 [Dkt. No. 5], setting November 28, 2016 as AllSaints' deadline to answer, move or otherwise respond to the Complaint;

WHEREAS, on November 3, 2016, AllSaints filed a Notice of Related Cases [Dkt. No. 8], which contends that this action is related, as provided under Civil Local Rule 40.1(f) and (g), to the putative class action currently pending against AllSaints in the United States District Court for the Northern District of Illinois, Eastern Division, titled *Barbara Mocek v. AllSaints USA Limited,* Case No. 16-cv-8484 (the "*Mocek* Action");

WHEREAS, AllSaints moved, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), to dismiss the complaint filed in the *Mocek* Action;

WHEREAS, Plaintiff and AllSaints agreed that it might benefit both parties to await the decision on AllSaints' motion to dismiss pending in the *Mocek* Action before committing party, and perhaps judicial, resources to AllSaints' answer or response to Plaintiff's complaint in this matter;

WHEREAS, Plaintiff and AllSaints agreed to a 30-day extension of AllSaints' deadline to answer, move or otherwise respond to the Complaint to accommodate the anticipated ruling on AllSaints' motion to dismiss pending in the *Mocek* Action and jointly moved for an order of the Court extending AllSaints' deadline [Dkt. No. 10], which the Court granted on November 18, 2016 [Dkt. No. 12], setting December 28, 2016 as AllSaints' deadline to answer, move or otherwise respond to the Complaint;

WHEREAS, the court presiding over the *Mocek* Action was originally scheduled to issue its ruling on AllSaints' motion to dismiss on November 30, 2016, but subsequently continued that date and issued its ruling on December 7, 2016;

1

WHEREAS, Plaintiff and AllSaints agree that it may benefit both parties to consider the recently issued decision on AllSaints' motion to dismiss in the *Mocek* Action before committing party, and perhaps judicial, resources to AllSaints' answer or response to Plaintiff's complaint in this matter, and in light of the upcoming holidays; and

WHEREAS, AllSaints requested from Plaintiff, and Plaintiff agreed to, a brief 16-day extension of AllSaints' deadline to answer, move or otherwise respond to the Complaint.

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the parties hereto, through their undersigned counsel, that AllSaints' deadline to answer, move or otherwise respond to the Complaint is extended until January 13, 2017. The parties hereto further agree that this joint motion shall not be construed as a waiver of AllSaints' venue, jurisdictional, or other challenges to the Complaint, or an admission of any of the allegations or legal theories asserted in it or any liability whatsoever to Plaintiff or the class she purports to represent.

DATED: December 15, 2016            CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP


By: _____ s/ Todd D. Carpenter
            Todd D. Carpenter
Attorneys for Plaintiff Miranda Varoz
Email: tcarpenter@carlsonlynch.com

2

DATED: December 15, 2016        PROSKAUER ROSE LLP


                                By: _____ s/ Ronald A. Valenzuela _____
                                        Ronald A. Valenzuela

                                Attorneys for Defendant
                                AllSaints USA Limited
                                Email: rvalenzuela@proskauer.com




## Signature Certification

        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd D. Carpenter, counsel for Plaintiff, and that I have obtained Mr. Carpenter's authorization to affix his electronic signature to this document.


DATED: December 15, 2016        PROSKAUER ROSE LLP


                                By: _____ s/ Ronald A. Valenzuela _____
                                        Ronald A. Valenzuela

                                Attorneys for Defendant
                                AllSaints USA Limited
                                Email: rvalenzuela@proskauer.com

3