# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA VAROZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSAINTS USA LIMITED, a foreign business corporation doing business as ALLSAINTS SPITALFIELDS USA RETAIL LTD,<br><br>Defendant. | Case No.: 16cv2597-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND ACTION TO STATE COURT**<br><br>[Doc. No. 17] |

On January 23, 2017, the parties filed a joint motion to remand this action to state court. Doc. No. 17. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this action to the Superior Court of California, County of San Diego. Each party must bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action. The Clerk of Court is instructed to return this action to state court forthwith and close the case.

**IT IS SO ORDERED.**

Dated: January 26, 2017

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge